UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERONICA GUTIERREZ-HOWERTON,<br><br>                               Plaintiff,<br>v.<br>NICOLE GONZALES, et al.,<br><br>                              Defendants. | Case No. 2:13-cv-01261-GMN-PAL<br><br>ORDER<br><br>(Mot Cont Hrng – Dkt. #23) |

      Before the court is Plaintiff's Notice and Motion for Continuance of Hearing on Defendants Request for Admission/Interrogatories Hearing (Dkt. #23). This motion requests to continue the Motion to Compel (Dkt. #17) and Motion to Extend Time (Dkt. #19) currently scheduled for June 3, 2014, at 10:00 a.m.

      Defendants filed their Motion to Compel (Dkt. #17) March 24, 2014, and a hearing was scheduled for April 29, 2014. Plaintiff filed a Motion to Continue Magistrate Judge Hearing (Dkt. #20) on April 22, 2014, requesting that the hearing on the Motion to Compel (Dkt. #17) be continued as she needed additional time. She further stated that she was currently employed out of the state and unable to personally appear without experiencing excessive hardship. As such, the court granted Plaintiff's motion in and Order (Dkt. #21) and rescheduled the hearing on the Motion to Compel (Dkt. #17) until May 27, 2014 at 10:00 a.m. Based upon the scheduling needs of the court, the hearing was again continued on April 30, 2014 (Dkt. #22) to June 3, 2014, at 10:00 a.m. Also to be heard on that date and time is Plaintiff's Motion to Extend Time (Dkt. #19).

      In Plaintiff's current motion, she again states that she needs additional time and that personally appearing would create an excessive hardship. As this matter has already been

continued, the court will deny Plaintiff's request to continue the hearing, but will allow Plaintiff to appear telephonically.  As such,

**IT IS ORDERED** that Plaintiff's Motion to Continue Hearing (Dkt. #23) is **GRANTED in part** and **DENIED in part.**  The motion is **granted** to the extent that Plaintiff shall be allowed to appear telephonically at the hearing on June 3, 2014, at 10:00 a.m.  Plaintiff is instructed to contact Jeff Miller, Courtroom Deputy, at (702) 464-5420 **before 4:00 p.m. June 2, 2014**, to indicate a telephone number where she may be reached for the hearing.  The Plaintiff's request to continue the hearing is **denied**.

DATED this 27th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE