UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VERONICA GUTIERREZ-HOWERTON,  )
)
    Plaintiff,   )  Case No.: 2:13-cv-1261-GMN-PAL
vs.          )
)  **ORDER**
NICOLE GONZALEZ, *ET AL.*,   )
)
    Defendants.  )
)

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Peggy A. Leen, to which no objections have been filed. (ECF No. 41).

On September 23, 2014, Defendants filed a Motion for Attorneys' Fees. (ECF No. 35). Magistrate Judge Leen's R&R was entered on January 12, 2015, and recommends that the Motion be denied after finding that this is not an exceptional case which could justify an award of attorneys' fees to Defendants under 42 U.S.C. § 1988. (R&R 5:26-27).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

Defendants did not file any objections to Magistrate Judge Leen's R&R, and the deadline to object has now expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Magistrate Judge Peggy A. Leen.

Accordingly,

1 **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 41), is
2 **ACCEPTED AND ADOPTED** in its entirety.
3 **IT IS FURTHER ORDERED** that Defendants' Motion for Attorneys' Fees, (ECF No.
4 35), is **DENIED**.
5 **DATED** this 10th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court