```
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Fax:        (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

Attorneys for Defendants
**NICOLE GONZALES, PHILLIP GLOVER,
JEFFREY GOODWIN and BYRON GRAY**
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA GUTIERREZ-HOWERTON,<br><br>           Plaintiff,<br>vs.<br><br>NICOLE GONZALES, in her individual and official capacities; PHILLIP GLOVER, in his individual and official capacities; JEFFREY GOODWIN, in his individual and official capacities; BYRON GRAY, in his individual and official capacities,<br><br>           Defendants. | Case No.: 2:13-cv-01261-GMN-PAL<br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, of the law firm of KAEMPFER CROWELL is hereby substituted as attorney for Defendants, Nicole Gonzales, Phillip Glover, Jeffrey Goodwin and Byron Gray in the above-entitled action, in place of Thomas Dillard, Jr., Esq. of the law firm of OLSON,

/ / /

/ / /

/ / /

1  CANNON, GORMLEY, ANGULO & STOBERSKI.

2  DATED this /2 day of January, 2016.

3                                               OLSON, CANNON, GORMLEY, ANGULO &
                                                STOBERSKI
4
                                                By: _____
5                                               THOMAS DILLARD, JR.
                                                Nevada Bar No. 6270
6                                               9950 West Charleston
                                                Las Vegas, NV 89129
7

8  DATED this _____ day of January, 2016.

9

10  We hereby consent to the above and foregoing substitution.

11

12                                              Nicole Gonzales, Phillip Glover, Jeffrey Goodwin
                                                and Byron Gray
13

14                                              By:_____
                                                Name: Ruth Miller
15                                              Assistant General Counsel for Las Vegas
                                                Metropolitan Police Department
16
   / / /
17
   / / /
18
   / / /
19
   / / /
20
   / / /
21
   / / /
22
   / / /
23
   / / /
24

CANNON, GORMLEY, ANGULO & STOBERSKI.

DATED this _____ day of January, 2016.

                             OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

                             By:_____
                             THOMAS DILLARD, JR.
                             Nevada Bar No. 6270
                             9950 West Charleston
                             Las Vegas, NV 89129

DATED this 14 day of January, 2016.

We hereby consent to the above and foregoing substitution.

                             Nicole Gonzales, Phillip Glover, Jeffrey Goodwin and Byron Gray

                             By: _/s/ Ruth Miller_____
                             Name: Ruth Miller
                             Assistant General Counsel for Las Vegas Metropolitan Police Department

///
///
///
///
///
///
///
///

1    I hereby accept the above and foregoing substitution as attorney for Defendants, Nicole
2    Gonzales, Phillip Glover, Jeffrey Goodwin and Byron Gray.
3    DATED this 11th day of January, 2016.

KAEMPFER CROWELL

By: _____
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN W. DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorneys for Defendants
**NICOLE GONZALEZ, PHILLIP GLOVER, JEFFREY GOODWIN and BYRON GRAY**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: April 5, 2016

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing **SUBSTITUTION OF ATTORNEYS** was made this date via this Court's CM/ECF filing system and via First Class Mail, addressed to each of the following:

Veronica Gutierrez-Howerton
5840 W. Craig Road, #120-160
Las Vegas, NV 89130
*Plaintiff in Proper Person*

DATED this 15th day of January, 2016.

_Becky Hildebrand_
an employee of Kaempfer Crowell

1742226_1.doc  6943.93

Page 4 of 4